

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-01076-CR

**IN RE** Shaloshier Dareena **CLAYBORNE**, Relator

Original Proceeding[1]

## ORDER

On December 14, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 27, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Case No. 719231, styled *State of Texas vs. Shaloshier Dareena Clayborne*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable Andrea Arevalos presiding.